UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**John Wayne Thomas**

Case No. 09-81043
Chapter 13

Soc.Sec.No.: xxx-xx-1580
Mailing Address: 51 Moore Street, Siler City, NC 27344

Debtor.

## OPPOSITION TO MOTION TO CONFIRM CHAPTER 13 PLAN

**NOW COMES** the Debtor, by and through counsel undersigned, who hereby opposes the Motion to Confirm Chapter 13 Plan, dated September 24, 2009, and filed by the Chapter 13 Trustee.

The motion is opposed for the following reasons: The Motion for Confirmation does not reflect the Proposed Plan.

**WHEREFORE**, the Debtor prays that the Court deny the Trustee's Motion to Confirm Plan, that it set this matter for hearing; and that it grant such other and further relief which it deems just, proper and equitable.

Dated: September 30, 2009.

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615
Tel. No.: (919) 847-9750

**CERTIFICATE OF SERVICE**

I, Charlene Free, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on 9/30/09, I served copies of the foregoing **Opposition to Motion to Confirm Chapter 13 Plan**, by electronic noticing, upon the following parties:

Richard Hutson
Chapter 13 Trustee

and by regular U.S. Mail, upon the following parties:

John Wayne Thomas
51 Moore Street
Siler City, NC  27344

/s Charlene Free
Charlene Free

confirop.wpt (5/3/09)